

**Christopher N. Coyle**
Partner
503.972.9593 DIRECT
ccoyle@sussmanshank.com

April 14, 2026

**VIA CM/ECF ONLY**

The Honorable David W. Hercher
U.S. Bankruptcy Court for the District of Oregon
1050 SW 6th Ave., Ste. 700
Portland, OR 97204

      Re:    *Columbia Bank v. Vossoughi*
             Adv. Proc. No. 26-03006

Dear Judge Hercher:

The purpose of this correspondence is to advise the Court of the parties' joint recommendations for completion of the Court's Order re Scheduling, Application of FRCP 26, Trial Date, and Procedures.

With respect to "**Case Scheduling**", the parties recommend the following:

| | |
|---|---|
| 1. Deadline to join parties: | 06/09/2026 |
| 2. Deadline to amend pleadings: | 06/09/2026 |
| 3. Deadline to complete discovery: | 08/12/2026 |
| 4. Deadline to file all pretrial, discovery, and dispositive motions (including motions for summary judgment): | 09/11/2026 |

With respect to "**Application of FRCP 26**", the parties recommend the following:

Check the box that the parties "are not required to hold a discovery planning conference. Discovery may commence at any time."

Check the box that the parties "are not required to make initial disclosures under FRCP 26 (a)(1)."

Check the box that "discovery may proceed in accordance with the scope of discovery defined in FRCP 26(b)(1)."



The Honorable David W. Hercher
April 14, 2026
Page 2

With respect to "**Trial Date**", the parties recommend the following

Check the box and complete that "The trial date is January 25, 2027 at 9:00 a.m." If appropriate, it may also indicate that the trial dates run January 25 to January 29, 2027.

With respect to "**Trial Location**", the parties recommend the following:

Check the box for Courtroom # , 1050 SW 6th Ave., #700, Portland, OR 97204.

With respect to "**Pretrial Order"**, the parties recommend departure from the form and the following:

A hearing on a Pretrial Order is set for November 24, 2026 at 9:30 a.m. by telephone.

In the alternative, this section can be left blank with no checked boxes.

With respect to "**Pretrial Deadlines**", the parties recommend departure from the form and the following:

A hearing on Pretrial Deadlines is set for November 24, 2026 at 9:30 a.m. by telephone.

In the alternative, this section can be left blank or with itemized list marked "To Be Determined".

Very truly yours,

FOSTER GARVEY PC                    SUSSMAN SHANK LLP

/s/ Tara J. Schleicher              /s/ Christopher N. Coyle

Tara J. Schleicher                  Christopher N. Coyle
Attorneys for Columbia Bank         Attorneys for Sohrab Vossoughi

CNC:

26948-003 (05138248)