Tara J. Schleicher, OSB #954021
FOSTER GARVEY PC
121 SW Morrison St.
Eleventh Floor
Portland, OR 97204
Tel: (503) 228-3939
tara.schleicher@foster.com
*Attorneys for Plaintiff Columbia Bank*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sohrab Vossoughi,<br><br>Debtor,<br><br>COLUMBIA BANK, an Oregon state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>SOHRAB VOSSOUGHI, an individual,<br><br>Defendant. | Bankruptcy No. 25-33145-dwh7<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 26-03006-dwh<br><br>PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND RESET PRETRIAL CONFERENCE |

**LBR 7007-1 CERTIFICATION**

Plaintiff's counsel hereby certifies that she conferred with counsel for Defendants regarding Plaintiff's request for an extension of the deadlines that is the subject matter of this Motion via email. Defendant objects to resetting the trial date in this matter. Plaintiff's counsel attempted to confer further about the proposed deadlines contained in the Motion but did not receive a response to her September 9, 2026 email. On September 10, 2026, Plaintiff's counsel learned that Mr. Coyle was out of the office on September 10, 2026 and did not receive a response from any other attorneys at Mr. Coyle's firm.



FOSTER GARVEY PC
121 SW MORRISON STREET, ELEVENTH FLOOR
PORTLAND, OR 97204
PHONE (503) 553-3127

## MOTION

Plaintiff Columbia Bank by and through its counsel, hereby moves the Court to extend the deadlines for the parties to complete discovery and file any motions to compel discovery from the current deadline of September 25, 2026 to October 30, 2026, move the dispositive motion deadline from the current deadline of October 9, 2026 to November 13, 2026, and reset the pretrial conference from November 24, 2026, to a date during the week of December 14, 2026. In support of this Motion, Plaintiff relies on the Declaration of Tara Schleicher ("Schleicher Dec.") filed concurrently herewith.

1. On or about January 15, 2026, Plaintiff filed its Complaint in this action.

2. A pretrial conference was held on April 14, 2026 and the court entered the scheduling order on May 27, 2026 [ECF 10]. The original deadline to complete discovery was August 12, 2026 and filing of dispositive motions was September 11, 2026. The hearing regarding the pretrial order is November 24, 2026.

3. The parties engaged in written discovery, third party subpoena discovery, and negotiated a stipulated protective order for production of documents filed on July 22, 2026.

4. On July 29, 2026, the Court granted the parties' Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines to September 25, 2026, and October 9, 2026, respectively. [ECF 14, 15].

5. Ava Vossoughi, Aria Vossoughi and Asha Design, LLC (the "Third Parties") are recipients of subpoenas from Plaintiff for both document production and deposition. The Third Parties hired Troy Sexton to represent them.

6. On August 24, 2026, Plaintiff's counsel conferred with counsel for the Third Parties regarding disputes over the scope of Plaintiff's subpoenas duces tecum. At the conferral, counsel reached a preliminary agreement to resolve the disputes, and Mr. Sexton agreed to provide an update as to the status of the Third Parties' document production the following day.

7. Plaintiff's counsel followed up numerous times after not receiving a response from



FOSTER GARVEY PC
121 SW MORRISON STREET, ELEVENTH FLOOR
PORTLAND, OR 97204
PHONE (503) 553-3127

counsel for the Third Parties. On September 1, 2026, Mr. Sexton responded indicating that he anticipated receiving documents from the Third Parties by the end of the week, or September 4, 2026. No document production has been made to date.

8. Plaintiff requires additional time to complete third party discovery, including possible motion practice, receiving and reviewing anticipated documents from the Third Parties and taking third party depositions. Defendant's deposition also remains outstanding, pending production by the Third Parties.

9. Accordingly, Plaintiff requests the Court extend the deadlines to complete discovery and file any motions to compel discovery through October 30, 2026, and move the dispositive motion deadline to November 13, 2026. Based on this request, Plaintiff also requests the Court reset the Pretrial Conference for a date during the week of December 14, 2026.

10. The parties previously requested an extension of time, which the Court granted. This is the second request for an extension in this matter. Plaintiff makes this request in good faith and not for purposes of delay.

For the reasons stated herein, the Court should grant Plaintiff's Motion to Extend Time to Extend Case Deadlines and Reset Pretrial Conference.

DATED this 10th day of September, 2026.

FOSTER GARVEY PC

By: *<u>/s / Tara J. Schleicher</u>*
Tara J. Schleicher, OSB #954021
Foster Garvey, PC
121 SW Morrison Street, Suite 1100
Portland, OR 97204
Telephone No. (503) 228-3939
Facsimile No. (503) 226-0259
Email: Tara.Schleicher@foster.com
*Attorneys for Plaintiff Columbia Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I served the foregoing PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND RESET PRETRIAL CONFERENCE on the following:

Christopher N. Coyle, OSB No. 073501
Garrett S. Eggen, OSB No. 222197
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
ccoyle@sussmanshank.com
geggen@sussmanshank.com
*Attorneys for Defendant Sohrab Vossoughi*

☒ **CM/ECF system transmission.**

☐ **E-mail.**

☐ **First-class mail, postage prepaid.**

DATED this 10th day of September 2026.

FOSTER GARVEY PC

*/s/ Tara J. Schleicher*
Tara J. Schleicher, OSB #954021



**FOSTER GARVEY PC**
121 SW MORRISON, 11TH FLOOR
PORTLAND, OR 97204
(503) 228-3939

Tara J. Schleicher, OSB #954021
FOSTER GARVEY PC
121 SW Morrison St.
Eleventh Floor
Portland, OR 97204
Tel: (503) 228-3939
tara.schleicher@foster.com
*Attorneys for Plaintiff Columbia Bank fka Umpqua Bank*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sohrab Vossoughi,<br><br>Debtor,<br><br>Columbia Bank fka Umpqua Bank,<br><br>Plaintiff,<br><br>v.<br><br>Sohrab Vossoughi,<br><br>Defendant. | Bankruptcy No. 25-33145-dwh7<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 26-03006-dwh<br><br>DECLARATION OF TARA SCHLEICHER IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND RESET PRETRIAL CONFERENCE |

I, Tara Schleicher, declare as follows:

1. I am the attorney for Plaintiff Columbia Bank fka Umpqua Bank ("Plaintiff") in the above-captioned matter. I am over the age of eighteen (18) years and competent to be a witness herein.

2. On or about January 15, 2026, Plaintiff filed its Complaint in this action.

3. A pretrial conference was held on April 14, 2026 and the court entered the scheduling order on May 27, 2026 [ECF 10]. The original deadline to complete discovery was August 12, 2026 and filing of dispositive motions was September 11, 2026. The hearing

regarding the pretrial order is November 24, 2026.

4. The parties engaged in written discovery, third party subpoena discovery, and negotiated a stipulated protective order for production of documents filed on July 22, 2026.

5. On July 29, 2026, the Court granted the parties' Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines to September 25, 2026, and October 9, 2026, respectively. [ECF 14, 15].

6. Ava Vossoughi, Aria Vossoughi and Asha Design, LLC (the "Third Parties") are recipients of subpoenas from Plaintiff for both document production and deposition. The Third Parties hired Troy Sexton to represent them.

7. On August 24, 2026, Plaintiff's counsel conferred with counsel for the Third Parties regarding disputes over the scope of Plaintiff's subpoenas duces tecum. At the conferral, counsel reached a preliminary agreement to resolve the disputes, and Mr. Sexton agreed to provide an update as to the status of the Third Parties' document production the following day.

8. Plaintiff's counsel followed up numerous times after not receiving a response from counsel for the Third Parties. On September 1, 2026, Mr. Sexton responded, indicating that he anticipated receiving documents from the Third Parties by the end of the week, or September 4, 2026. No document production has been made to date.

9. Plaintiff requires additional time to complete third party discovery, including possible motion practice, receiving and reviewing anticipated documents from the Third Parties and taking third party depositions. Defendant's deposition also remains outstanding, pending production by the Third Parties.

10. Accordingly, Plaintiff requests the Court extend the deadlines to complete discovery and file any motions to compel discovery through October 30, 2026, and move the dispositive motion deadline to November 13, 2026. Based on this request, Plaintiff also requests the Court reset the Pretrial Conference for a date during the week of December 14, 2026.

11. The parties previously requested an extension of time, which the Court granted.



**FOSTER GARVEY PC**
121 SW MORRISON, 11TH FLOOR
PORTLAND, OR 97204
(503) 228-3939

This is the second request for an extension in this matter. Plaintiff makes this request in good faith and not for purposes of delay.

12. I conferred with opposing counsel regarding the request for an extension. Opposing counsel indicated via email that Defendant objects to resetting the trial date in this matter. I attempted to confer further about the proposed deadlines contained in the Motion but did not receive a response to my September 9, 2026 e-mail. On September 10, 2026, I learned that Mr. Coyle was out of the office on September 10 and our office received no response from other attorneys at his firm.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE AND IS SUBJECT TO PENALTY FOR PERJURY.

EXECUTED this 10th day of September, 2026.

Tara J. Schleicher, OSB# 954021



**FOSTER GARVEY PC**
121 SW MORRISON, 11TH FLOOR
PORTLAND, OR 97204
(503) 228-3939

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I served the foregoing DECLARATION OF TARA SCHLEICHER IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND RESET PRETRIAL CONFERENCE on the following:

Christopher N. Coyle, OSB No. 073501
Garrett S. Eggen, OSB No. 222197
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
ccoyle@sussmanshank.com
geggen@sussmanshank.com
*Attorneys for Defendant Sohrab Vossoughi*

☒ **CM/ECF system transmission.**

☐ **E-mail.**

☐ **First-class mail, postage prepaid.**

DATED this 10th day of September 2026.

FOSTER GARVEY PC

*/s/ Tara J. Schleicher*
Tara J. Schleicher, OSB #954021



**FOSTER GARVEY PC**
121 SW MORRISON, 11TH FLOOR
PORTLAND, OR 97204
(503) 228-3939