DISTRICT OF OREGON
**FILED**
**September 16, 2026**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sohrab Vossoughi,<br><br>Debtor,<br><br>COLUMBIA BANK, an Oregon state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>SOHRAB VOSSOUGHI, an individual,<br><br>Defendant. | Bankruptcy No. 25-33145-dwh7<br><br>Adv. Proc. No. 26-03006-dwh<br><br>STIPULATED ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

Before the Court is Plaintiff Columbia Bank's ("Plaintiff") Motion to Extend Discovery and Dispositive Motion Deadlines and Reset Pretrial Conference [ECF 16] (the "Motion"). Plaintiff requests additional time to complete required discovery and obtain discovery from Third Parties. The parties agree to a two-week extension of the discovery and dispositive motion deadlines.

Based upon the representations in the Motion and the Declaration of counsel, and the Court being duly advised, the Court finds good cause to grant the Motion as set forth below. IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED, as set forth below.

2. The deadline for the parties to complete discovery and file any motions to compel is RESET to October 9, 2026.

3. The deadline for the parties to file dispositive motions is RESET to October 23, 2026.

4. All other deadlines set forth in the Court's scheduling order entered on May 27, 2026 [ECF 10] and the Court's Order granting the parties' Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines [ECF 14, 15] shall remain in place.

###

CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(a)(2)

I certify that I have complied with the requirements of LBR 9021-1(a)(2); this is a stipulated order.

**So stipulated:**

FOSTER GARVEY PC

By /s/ *Tara J. Schleicher*
Tara J. Schleicher, OSB# 954021
Margaret S. Sholian, OSB# 223125
121 SW Morrison Street, Suite 1100
Portland, OR 97204
Telephone No. (503) 228-3939
Facsimile No. (503) 226-0259
Email: Tara.Schleicher@foster.com
Maggie.Sholian@foster.com
*Attorneys for Creditor Columbia Bank*

SUSSMAN SHANK LLP

By */s/ Christpher N. Coyle*
Christopher N. Coyle, OSB No. 073501
Garrett S. Eggen, OSB No. 222197
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Email: ccoyle@sussmanshank.com
geggen@sussmanshank.com
*Attorneys for Sohrab Vossoughi*