Foster Garvey

121 SW Morrison Street
11th Floor
Portland, OR 97204

Main: 503.228.3939
Fax: 503.226.0259
foster.com

Direct Phone: 503.553.3127
tara.schleicher@foster.com

November 6, 2026

**VIA CM/ECF ONLY**

The Honorable David W. Hercher
U.S. Bankruptcy Court for the District of Oregon
1050 SW 6th Ave., Ste. 700
Portland, OR 97204

RE: *Columbia Bank v. Vossoughi*
Adv. Proc. No. 26-03006

Dear Judge Hercher:

I write to advise the Court that the parties have agreed that the response deadline for Defendant's Motion to Exclude Evidence and Draw Adverse Inferences or, in the alternative, to Compel Responses to Interrogatories and Production of Documents [Docket No. 24] is extended through and including Friday, November 23, 2026.

Very truly yours,

FOSTER GARVEY P.C.

Tara J. Schleicher